James A. Hennefer (SBN 059490)
Joseph Wood (SBN 103596)
HENNEFER FINLEY & WOOD, LLP
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D.; | CASE NO. C08 01098 RS |
| Plaintiff, | |
| vs. | MOTION AND REQUEST TO FILE UNDER SEAL |
| William Piché, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., Mark S. McConnell, M.D., and Kenneth I. Tan, M.D.; | Date: N/A<br>Time: N/A |
| Defendants. | Place: Courtroom 4, 5th Floor<br>Judge: Hon. Richard Seeborg |

Plaintiff Richard B. Fox, M.D. ("Plaintiff"), respectfully moves the court and requests an order sealing Plaintiff's Complaint (Unredacted), pursuant to Civil Local Rules 7-11 and 79-5 and the Stipulated Protective Order signed by Judge Patricia V. Trumbull on July 5, 2005 and entered as Docket No. 65 ("Protective Order") in a related pending action entitled *Richard B. Fox M.D. v. Good Samaritan Hospital, LP, et al.*, Action No. C-04-00874 RS, which is currently pending in the Northern District of California, San Jose Division, before Magistrate Judge Richard Seeborg ("Related Action")

This motion and request is supported by good cause as set out below and in the Declaration of James A. Hennefer filed herewith. Good cause exists for filing this document under seal for the following reasons.

---

*Fox v. Piché, et al.*
Plaintiff's Motion and Administrative Request to File Under Seal

- 1 -

1  (1) Plaintiff's motion seeks to seal the Complaint (Unredacted) because it refers to, characterizes and attaches as exhibits material which has been designated as "Confidential" by defendants in the Related Action under the Protective Order. The Protective Order states that material that has been so designated is not to be used or disclosed for any purposes other that the litigation of the Related Action. Plaintiff is filing simultaneously herewith a Notice of Pendency of Other Action or Proceeding, pursuant to Local Rule 13-3, so that this action and the Related Action will be assigned to Magistrate Judge Seeborg, to whom the Related Action is presently assigned. Plaintiff intends immediately to file a motion pursuant to Fed.R.Civ.Proc. Rule 42(a) to consolidate this action and the Related Action. Plaintiff therefore believes that the material which has been designated as "Confidential" under the Protective Order in the Related Case may be used for the purposes of this action. Defendants' counsel in the Related Case does not agree. So that this matter may be worked out among counsel, or, determined by the court prior to the disclosure or use of such material, Plaintiff, in an abundance of caution requests that the Complaint (Unredacted) with all of its exhibits be filed under seal.

(2) Additionally, the Complaint contains references to facts that are confidential and may invade the privacy rights of non-parties to this litigation and of patients. Plaintiff requests the Complaint (Unredacted) be sealed since it contains references and information pertaining to the applications for privileges of non-party physicians, and medical/patient information which is appropriately filed under seal.

For the foregoing reasons, Plaintiff respectfully requests that Plaintiff's Complaint (Unredacted) be filed under seal.

DATED: February 19, 2008                HENNEFER, FINLEY & WOOD, LLP

By: _____
James A. Hennefer
Attorneys for Plaintiff
Richard B. Fox, M.D.

*Fox v. Piché, et al.*
Plaintiff's Motion and Administrative Request to File Under Seal

- 2 -