James A. Hennefer (SBN 059490)
Joseph Wood (SBN 103596)
HENNEFER, FINLEY & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff
RICHARD B. FOX, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.;<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM PICHÉ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.;<br><br>Defendants. | CASE NO. C08 01098 RS<br><br>**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING**<br><br>**Local Rule 3-13** |

Notice is hereby given, pursuant to Local Rule 3-13 of the Civil Local Rules of the Northern District of California, that this action involves a material part of the same subject matter, the same plaintiff and defendants who are associated with the named defendants in a pending action entitled *Richard B. Fox M.D. v. Good Samaritan Hospital, LP, et al.*, Action No. C-04-00874 RS, which is currently pending in the Northern District of California, San Jose Division, before Magistrate Judge Richard Seeborg ("Related Action").

---

*Fox v. Piché, et al.*                                    Notice of Pendency of Other Action or Proceeding

- 1 -

defendants in the Related Action, Good Samaritan Hospital LP; Good Samaritan Hospital LLC; Good Samaritan Hospital Medical Staff; and, HCA, Inc., are entities in which the defendants in this action, William Piché, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., Mark S. McConnell, M.D., and Kenneth I. Tan, M.D. held positions and/or medical privileges.

Both the Related Action and this action have the same causes of action for violation of the Sherman Act, 15 U.S.C. § 1 et seq., retaliation in violation of Calif. Bus. & Prof. Code §§ 510-512 and § 2056, breach of contract and of the implied covenant of good faith and fair dealing, and interference with prospective economic relations. Both the Related Action and this action involve the actions of defendants which have deprived plaintiff Dr. Fox of his medical privileges at Good Samaritan Hospital during the period from 1999 through the present.

Dated: February 19, 2008            HENNEFER FINLEY & WOOD

By: /s/ James A. Hennefer
James A. Hennefer
Attorneys for Richard B. Fox, M.D.

---

*Fox v. Piché, et al.*                Notice of Pendency of Other Action or Proceeding

-2-