


E-FILING

ADR

**FILED**
FEB 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08 01098 RS

RICHARD B. FOX, M.D.,

    Plaintiff,

v.

WILLIAM PICHE, et al.,

    Defendant.

NO.

**ORDER DENYING REQUEST FOR LEAVE TO FILE COMPLAINT UNDER SEAL**

    On February 19, 2008, plaintiff submitted a motion to file a complaint under seal, and lodged the proposed complaint. The matter was referred by the general duty District Court judge to the undersigned for disposition. The request for leave to file under seal is denied.

    The basis of plaintiff's request is his assertion that the complaint refers to and attaches as exhibits certain materials that were produced to him as "confidential" under a protective order in Fox

1

v. Good Samaritan Hospital, L.P., et al., C 04-00874 RS. As an initial matter, it appears there may be an assertion that under the terms of the protective order, plaintiff is prohibited from even *using* confidential materials to bring a new action, regardless of whether or not any such materials are disclosed in or attached to the new complaint. If that assertion has merit,[1] then filing the new complaint under seal would not cure any such violation of the protective order.

Moreover, even assuming nothing in the protective order prohibits plaintiff from filing a new action based on confidential information without first obtaining relief from the protective order, plaintiff has failed to show that he should be permitted to file a complaint under seal. Rule 8 of Federal Rules of Civil Procedure requires "a short and plain statement of the claim showing that the pleader is entitled to relief." Even under the Supreme Court's recent application of that standard in the antitrust context, a complaint need only contain "enough factual matter (taken as true)" that the allegations of wrongdoing are "plausible" and not "wholly conclusory." *Bell Atlantic Corp. v. Twombly,* --- U.S. ----, 127 S.Ct. 1955, 1965, 1968 (2007). Here, plaintiff's 54 page proposed complaint violates Rule 8. Moreover, all or virtually all of the hundreds of pages attached as exhibits to the proposed complaint appear to be *evidence* that plaintiff contends supports his allegations. Regardless of the degree to which a pleading standard may require a plaintiff to plead *facts,* no pleading standard in the federal courts requires a plaintiff to submit evidence with a complaint. Thus, plaintiff has failed to show that he could not file a properly-pleaded complaint in the public record without disclosing information that was designated as confidential in the other action.

The copy of the proposed complaint that was lodged with the Court will not be filed and will instead be returned to plaintiff. The Clerk of the Court is directed to accept the filing fee of $350, to open a file for this matter, and to file therein plaintiff's motion to seal and supporting papers and this order, as well as the notice of related case submitted by plaintiff. In the event plaintiff chooses to pursue this action, unless otherwise ordered by any judge to which this matter may be randomly assigned, within 20 days of the date of this order plaintiff shall file a revised complaint that does not

---

[1] The Court expresses no opinion on that question at this juncture.

2

1  disclose any confidential information.[2]  If plaintiff does not file a revised complaint within that time,
2  the file will be closed.

4  IT IS SO ORDERED.
5  Dated: 2/25/08

        RICHARD SEEBORG
        United States Magistrate Judge

---

[2] Again, nothing in this order constitutes a determination as to whether or not plaintiff is prohibited from using confidential information to bring this action, even if the information is not disclosed in the complaint.

ORDER DENYING REQUEST FOR LEAVE TO FILE COMPLAINT UNDER SEAL

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B. FOX, M.D.,

      Plaintiff,

v.

WILLIAM PICHE, et al.,

      Defendant.

Case Number: C-08-01098-RS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James A. Hennefer
Joseph Wood
Hennefer Finley & Wood
425 California St., 19th Fl.
San Francisco, CA 94104-2296

February 25, 2008

                              Richard W. Wieking, Clerk
                              By:S.Puli