IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D.<br><br>       Plaintiff,<br>v.<br><br>WILLIAM PICHE, ET AL.<br>       Defendant. | NO. CV 08-01098 RS<br><br>**AMENDED**<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY AND/OR REGISTER AS AN E-FILER** |

Pursuant to Order docket ([6]) issued by Judge Richard Seeborg on February 25, 2008 original complaint will be returned to plaintiff and if plaintiff chooses to pursue this action, a revised complaint that does not disclose any confidential information must be filed with this court within twenty (20) days of this order. If plaintiff does not file a revised complaint within that time the file will be closed.

Dated: February 27, 2008

Betty Walton
Deputy Clerk

United States District Court
For the Northern District of California