1   BINGHAM MCCUTCHEN LLP
    ROSS E. CAMPBELL (SBN 75998)
2   *ross.campbell@bingham.com*
    BETH McGOWEN (SBN 148747)
3   *beth.mcgowen@bingham.com*
    1900 University Avenue
4   East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
5   Facsimile:  (650) 849-4800

6   Attorneys for Defendants
    WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,
7   ARTHUR W. DOUVILLE, M.D., AND KENNETH I.
    TAN, M.D.
8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  RICHARD B. FOX, M.D.,                 No. 08-CV-01098 RS

14          Plaintiff,                    DEFENDANTS' MANUAL FILING
         v.                               NOTIFICATION OF APPLICATION
15                                        FOR ADMISSION OF ATTORNEY
    WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., PRO HAC VICE
16  ARTHUR W. DOUVILLE, M.D., AND
    KENNETH I. TAN, M.D.
17
            Defendants.
18

19

20

21

22

23

24

25

26

                                1                        No. 08-CV-01098 RS

1    **MANUAL FILING NOTIFICATION**

2    Regarding filing of Application for Admission of Attorney Pro Hac Vice for

3    attorney David C. Hall.

4    This filing is in paper form only, and is being maintained in the case file in the

5    Clerk's office.  If you are a participant on this case, this filing will be served in hard copy

6    shortly.  For information on retrieving this filing directly from the Court, please see the Court's

7    main website at http://www.cand.us.courts.gov under Frequently Asked Questions (FAQ).

8    This filing was not e-filed for the following reason:

9    [ ]    Voluminous Document (PDF) file size larger than the e-filing system allows

10   [ ]    Unable to Scan Documents

11   [ ]    Physician Object

12   [ ]    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

13   [ ]    Item Under Seal

14   [ ]    Conformance with the Judicial Conference Privacy Policy (General Order 53)

15   [X]    Other (description):  Application requires payment of a fee.

16

17   DATED:  May 27, 2008

18                          BINGHAM McCUTCHEN LLP

19

20

21   By:_____/s/ Samantha Reardon_____
                          SAMANTHA REARDON
                          Attorneys for Defendants
22                        WILLIAM PICHÈ, PAUL N. BEAUPRE,
                          M.D., ARTHUR W. DOUVILLE, M.D., AND
23                        KENNETH I. TAN, M.D.

24

25

26

2                                            No. 08-CV-01098 RS

DEFENDANTS' MANUAL FILING NOTIFICATION OF APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE