**ORIGINAL**

Fee Paid

David C. Hall
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive
Suite 3300
Chicago, Illinois 60606
(312) 345.9600
(312) 345.9608 - Fax

FILED

2008 MAY 27  P 2: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D. | CASE NO. 08-CV-01098 RS |
| Plaintiff, | |
| v. | APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| WILLIAM PICHE, PAUL N. BEAUPRE M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN M.D., | |
| Defendants | |

Pursuant to Civil L.R. 11-3, **David C. Hall**, an active member in good standing of the bar of the U.S.D.C. Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing **WILLIAM PICHE, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., and KENNETH I. TAN, M.D.** in the above-entitled action.

In support of this application, I certificate on oath that:

1. In am an active member in good standing of the United States Court or of the highest court of another State or the District of Columbia, as indicated above.

2. I agree to abide by the Standard of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become

-1-

1  familiar with the Local Rules and the Alternative Dispute Resolution programs of
2  this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: **Samatha Reardon, Bingham McCutchen, LLP, 1900 University Avenue, East Palo Alto, California 94303. (605) 849-4800.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/22/08                                  _[signature]_

-2-

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David Craig Hall

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Monday, October 30, 2006.

*Juleann Hornyak*

Clerk