ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

RECEIVED
2008 MAY 27 PM 2:49
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

| | |
|---|---|
| RICHARD B. FOX, M.D. | CASE NO. 08-CV-01098 RS |
| Plaintiff, | |
| v. | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |
| WILLIAM PICHE, PAUL N. BEAUPRE M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN M.D., | |
| Defendants | |

David C. Hall, an active member in good standing of the bar of U.S.D.C. Northern District of Illinois whose business and telephone number (particular court to which applicant is admitted) is HALL PRANGLE & SCHOONVELD, LLC, 200 South Wacker Drive, Suite 3300, Chicago, Illinois 60606 (312) 345-9600 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing **WILLIAM PICHE, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., and KENNETH I. TAN, M.D.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

United States District Judge

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. David Craig Hall

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That David Craig Hall was duly admitted to practice in said Court on (09/08/1993) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/22/2008 )

Michael W. Dobbins, Clerk,

By: Nadine S. Finley
Deputy Clerk