| | | |
|---|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>ROSS E. CAMPBELL (SBN 75998) | FILED |
| 2 | ross.campbell@bingham.com<br>BETH McGOWEN (SBN 148747) | 2008 MAY 27  P 2: 50 |
| 3 | beth.mcgowen@bingham.com<br>1900 University Avenue | RICHARD W. WIEKING<br>CLERK |
| 4 | East Palo Alto, CA 94303-2223<br>Telephone: (650) 849-4400 | U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| 5 | Facsimile: (650) 849-4800 | |
| 6 | Attorneys for Defendants<br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., | |
| 7 | ARTHUR W. DOUVILLE, M.D., AND KENNETH I.<br>TAN, M.D. | |
| 8 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>    Plaintiff,<br>v.<br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,<br>ARTHUR W. DOUVILLE, M.D., MARK S.<br>MCCONNELL, M.D., AND KENNETH I. TAN, M.D.,<br><br>    Defendants. | No. 08-CV-01098 RS<br><br>PROOF OF SERVICE |

PROOF OF SERVICE

| | |
|---|---|
| 1 | PROOF OF SERVICE |

2  I am over 18 years of age, not a party to this action and employed in the County
3  of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I
4  am readily familiar with the practice of this office for collection and processing of
5  correspondence for mailing with the United States Postal Service and correspondence is
6  deposited with the United States Postal Service that same day in the ordinary course of business.

7  Today I served the attached:

8  APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
9
10  [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

11  by causing a true and correct copy of the above to be placed in the United States Mail at East
12  Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows:

13  James A. Hennefer, Esq.
    Hennefer, Finley & Wood LLP
14  425 California Street, 19th Floor
    San Francisco, CA 94104
15

16  I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct and that this declaration was executed on May 27, 2008.
17

18
19  _____
    Mary Jean Hasegawa
20

2

PROOF OF SERVICE