RECEIVED

UNITED STATES DISTRICT COURT

2008 MAY 27 PM 2:49

NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA. S.J.

SAN JOSE DIVISION

FILED
MAY 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| RICHARD B. FOX, M.D. | ) |
| Plaintiff, | ) CASE NO. 08-CV-01098-RS |
| | ) |
| v. | ) (Proposed) |
| | ) ORDER GRANTING APPLICATION |
| WILLIAM PICHE, PAUL N. BEAUPRE | ) FOR ADMISSION OF ATTORNEY |
| M.D., ARTHUR W. DOUVILLE, M.D., | ) PRO HAC VICE |
| MARK S. MCCONNELL, M.D., AND | ) |
| KENNETH I. TAN M.D., | ) |

Defendants

David C. Hall, an active member in good standing of the bar of U.S.D.C. Northern District

of Illinois whose business and telephone number (particular court to which applicant is admitted) is

HALL PRANGLE & SCHOONVELD, LLC, 200 South Wacker Drive, Suite 3300, Chicago,

Illinois 60606 (312) 345-9600 having applied in the above-entitled action for admission to practice in

the Northern District of California on a *pro hac vice* basis, representing **WILLIAM PICHE, PAUL**

**N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., and KENNETH I. TAN, M.D.**

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*.

Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 5-28-08

_____
United States ~~District Judge~~
Magistrate Judge

-1-

# CERTIFICATE OF GOOD STANDING



*United States of America*

                }ss. David Craig Hall

*Northern District of Illinois*

     I, Michael W. Dobbins, Clerk of the United States District Court
for the Northern District of
Illinois,

     DO HEREBY CERTIFY That David Craig Hall
was duly admitted to practice in said Court on (09/08/1993)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/22/2008 )

                   Michael W. Dobbins, Clerk,

By:  Nadine S. Finley
        Deputy Clerk