| | |
|---|---|
| 1 | JAMES A. HENNEFER (SBN 059490) |
| 2 | *jhennefer@hennefer-wood.com* |
|   | HENNEFER, FINLEY & WOOD |
| 3 | 425 California Street, 19th Floor |
|   | San Francisco, CA 94104-2296 |
| 4 | Telephone:  (415) 421-6100 |
|   | Facsimile:  (415) 421-1815 |
| 5 | |
|   | Attorney for Plaintiff |
| 6 | RICHARD B. FOX, M.D. |
| 7 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 8 | *ross.campbell@bingham.com* |
|   | BETH McGOWEN (SBN 148747) |
| 9 | *beth.mcgowen@bingham.com* |
|   | 1900 University Avenue |
| 10 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 11 | Facsimile:  (650) 849-4800 |
| 12 | HALL PRANGLE & SCHOONVELD, LLC |
|   | DAVID C. HALL (*pro hac vice*) |
| 13 | *dhall@hpslaw.com* |
|   | 200 South Wacker Drive, Suite 3300 |
| 14 | Chicago, Illinois 60606 |
|   | Telephone:  (312) 267-6201 |
| 15 | Facsimile:  (312) 345-9608 |
| 16 | Attorneys for Defendants |
|   | WILLIAM PICHÉ, PAUL N. BEAUPRE, M.D., |
| 17 | ARTHUR W. DOUVILLE, M.D., AND KENNETH I. |
|   | TAN, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 22 | RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| 23 |         Plaintiff, | STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT |
|    |         v. | |
| 24 | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D., | |
| 25 | | |
| 26 |         Defendants. | |

1  It is hereby stipulated, pursuant to Civil Local Rule 6-1, that defendants William
2  Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D., shall have
3  an additional thirty (30) days, up to and including **July 3, 2008**, in which to answer or otherwise
4  respond to plaintiff's First Amended Complaint.

5  DATED: June 6, 2008

BINGHAM McCUTCHEN LLP


By:  /s/ Beth McGowen
BETH McGOWEN
Attorneys for Defendants
William Pichè, Paul N. Beaupre, M.D., Arthur
Douville, M.D., and Kenneth I. Tan, M.D.

12  DATED: June 6, 2008

HENNEFER, FINLEY & WOOD


By:  /s/ James A. Hennefer
JAMES A. HENNEFER
Attorneys for Plaintiff
Richard B. Fox, M.D.

19  **PURSUANT TO STIPULATION; IT IS SO ORDERED.**

21  DATED: June __, 2008


_____
HON. RICHARD SEEBORG
United States District Court Magistrate Judge

**CERTIFICATION BY SAMANTHA L. REARDON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on June 6, 2008.

/s/ Samantha L. Reardon
Samantha L. Reardon