1  JAMES A. HENNEFER (SBN 059490)
   *jhennefer@hennefer-wood.com*
2  HENNEFER FINLEY & WOOD
   425 California Street, 19th Floor
3  San Francisco, CA 94104-2296
   Telephone:  (415) 421-6100
4  Facsimile:  (415) 421-1815

5  Attorneys for Plaintiff RICHARD B. FOX, M.D.

6  BINGHAM MCCUTCHEN LLP
   ROSS E. CAMPBELL (SBN 75998)
7  *ross.campbell@bingham.com*
   BETH McGOWEN (SBN 148747)
8  *beth.mcgowen@bingham.com*
   1900 University Avenue
9  East Palo Alto, CA  94303-2223
   Telephone:  (650) 849-4400
10 Facsimile:  (650) 849-4800

11 Attorneys for Defendants WILLIAM PICHÈ, PAUL N.
   BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D.,
12 and KENNETH I. TAN, M.D.

13 *Additional counsel on next page*

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17                               SAN JOSE DIVISION

18

19 RICHARD B. FOX, M.D.,                          No. 08-CV-01098 RS

20         Plaintiff,                             STIPULATED REQUEST FOR ORDER
      v.                                          CHANGING TIME; DECLARATION
21                                                OF JAMES A. HENNEFER IN
   WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,          SUPPORT THEREOF
22 ARTHUR W. DOUVILLE, M.D., MARK S.
   MCCONNELL, M.D., AND KENNETH I. TAN,           Date:    N/A
23 M.D.,                                          Time:    N/A
                                                  Place:   Courtroom 5
24         Defendants.                            Judge:   Hon. Richard Seeborg

25

26

No. 08-CV-01098 RS

STIPULATED REQUEST FOR ORDER CHANGING TIME;
DECLARATION OF JAMES A. HENNEFER IN SUPPORT THEREOF

A/72562019.1

| | |
|---|---|
| 1 | HALL PRANGLE & SCHOONVELD, LLC |
| | DAVID C. HALL (*pro hac vice*) |
| 2 | *dhall@hpslaw.com* |
| | 200 South Wacker Drive, Suite 3300 |
| 3 | Chicago, IL  60606 |
| | Telephone:  (312) 267-6201 |
| 4 | Facsimile:  (312) 345-9608 |
| | |
| 5 | Attorneys for Defendants WILLIAM PICHÈ, PAUL N. |
| | BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., |
| 6 | and KENNETH I. TAN, M.D. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1    Plaintiff Richard B. Fox, M.D. ("Plaintiff") and defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. ("Defendants")[1] jointly request an order vacating the June 18, 2008 Initial Case Management Conference and related deadlines set by this Court in its Order dated February 19, 2008. (Docket No. 5).

This request is based on the following grounds and is supported by the Declaration of James A. Hennefer filed in support thereof. This request is further made in accordance with and pursuant to Civil Local Rule 6-2.

1. Plaintiff filed the initial complaint ("Complaint") in this action on February 19, 2008. (Docket No. 1).

2. The Order Setting the Initial Case Management Conference and ADR Deadlines, as to which this stipulation requests the dates be vacated, was filed on February 19, 2008 (Docket No. 5). It was based on this original complaint.

3. However, on February 25, 2008, after transfer from the general duty District Court judge to this Court for decision, the Court denied Plaintiff's request for leave to file the original complaint under seal (Docket No. 6) ("Order Denying Request for Leave to File Complaint Under Seal"), finding that the complaint "violates Rule 8" of the Fed. R. Civ. Proc., and that "plaintiff has failed to show that he could not file a properly-pleaded complaint in the public record without disclosing information that was designated as confidential in the other action."

4. The Order Denying Request for Leave to File Complaint Under Seal directed that the proposed complaint be returned to plaintiff, but granted plaintiff twenty (20) days to file a first amended complaint that did not disclose confidential information. Thereafter,

---

[1] To date, Mark S. McConnell, M.D. has not been served with a copy of the complaint. Accordingly, Dr. McConnell is not a party to this Stipulation.

Plaintiff filed an amended complaint ("First Amended Complaint") on March 18, 2008.  (Docket No. 9).

5. After the signing and filing of a Related Case Order on March 31, 2008 and issuance of the Summons on the First Amended Complaint on April 14, 2008, service of the First Amended Complaint was accepted by counsel for Defendants with the signing of an Acceptance of Service on May 22, 2008.

6. On June 6, 2008, Plaintiff and Defendants submitted to the Court a Stipulation Extending Time to Answer or Otherwise Respond to the First Amended Complaint (Docket No. 22) requesting that Defendants be given to July 3, 2008 to respond to the First Amended Complaint.

7. The remaining defendant in this action, Mark McConnell, M. D. is a resident of Idaho.  He has not appeared in this action.  He will be represented by local counsel, Michael A. Hurwitz.  Mr. Hurwitz has been provided with an Acceptance of Service for the First Amended Complaint, summons and related documents.  He has agreed to try to coordinate Dr. McConnell's defense with all defendants.  He has advised that he does not oppose this stipulation to vacate the date for the Initial Case Management Conference, now set for June 18, 2008, and corresponding deadlines.

8. On June 11, 2008, the Court is scheduled to hold oral argument on plaintiff Fox's motion for leave to file a Second Amended Complaint in the action which this case was related by the Related Case Order filed on March 31, 2008, *Fox v. Good Samaritan Hospital et al.*, C-04-00874 RS.  The Court's ruling on this motion is likely to affect subsequent proceedings in that related action.

1    9.    Based on the foregoing, the parties respectfully request that the Initial Case Management Conference, now set for June 18, 2008, and corresponding deadlines be vacated, to be reset by the Court when all parties have responded to the First Amended Complaint in this action and based on the Court's rulings and proceedings in the related case of *Fox v. Good Samaritan Hospital et al.*, C-04-00874 RS.

10.    All parties agree that a continuance of the Initial Case Management Conference and resetting of that conference and related dates is appropriate.

11.    There have been no previous time modifications in this case.

For the foregoing reasons, and as detailed in the Declaration of James A. Hennefer immediately hereafter, it is respectfully requested by the above-named parties to this action, that the current Initial Case Management Conference date of June 18, 2008 be vacated and reset subject to the Court's and parties' calendars.

1  DATED: June 9, 2008
2
3                                   BINGHAM McCUTCHEN LLP
4                                   By:    /s/ Beth McGowen
5                                   BETH McGOWEN
                          Attorneys for Defendants WILLIAM PICHÈ, PAUL
6                           N. BEAUPRE, M.D., ARTHUR W. DOUVILLE,
                            M.D., and KENNETH I. TAN, M.D.

7  DATED: June 9, 2008

8                                   HENNEFER FINLEY & WOOD
9
10                                  By:    /s/ James A. Hennefer
                                 JAMES A. HENNEFER
11                           Attorneys for Plaintiff RICHARD B. FOX,
                                   M.D.
12

13  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
    DATED: June __, 2008

14

15

16                                   HON. RICHARD SEEBORG
                                 United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

# DECLARATION OF JAMES A. HENNEFER

I, James A. Hennefer hereby declare as follows:

1. I am an attorney at law duly authorized to practice in California, am counsel for Plaintiff Richard B. Fox, M.D. in this action and in the related action of *Fox v. Good Samaritan Hospital et al.* The following facts are true of my personal knowledge. If called as a witness, I could and would testify competently as follows.

2. Plaintiff filed the initial complaint ("Complaint") in this action on February 19, 2008. (Docket No. 1).

3. The Order Setting the Initial Case Management Conference and ADR Deadlines, as to which this stipulation requests the dates be vacated, was filed on February 19, 2008 (Docket No. 5). It was based on this original complaint.

4. However, on February 25, 2008, after transfer from the general duty District Court judge to this Court for decision, the Court denied Plaintiff's request for leave to file the original complaint under seal (Docket No. 6) ("Order Denying Request for Leave to File Complaint Under Seal"), finding that the complaint "violates Rule 8" of the Fed. R. Civ. Proc., and that "plaintiff has failed to show that he could not file a properly-pleaded complaint in the public record without disclosing information that was designated as confidential in the other action."

5. The Order Denying Request for Leave to File Complaint Under Seal directed that the proposed complaint be returned to plaintiff, but granted plaintiff twenty (20) days to file a first amended complaint that did not disclose confidential information. Thereafter, Plaintiff filed an amended complaint ("First Amended Complaint") on March 18, 2008. (Docket No. 9).

STIPULATED REQUEST FOR ORDER CHANGING TIME;
DECLARATION OF JAMES A. HENNEFER IN SUPPORT THEREOF

A/72562019.1

1  6. After the signing and filing of a Related Case Order on March 31, 2008 and issuance of the Summons on the First Amended Complaint on April 14, 2008, service of the First Amended Complaint was accepted by counsel for Defendants with the signing of an Acceptance of Service on May 22, 2008.

7. On June 6, 2008, Plaintiff and Defendants submitted to the Court a Stipulation Extending Time to Answer or Otherwise Respond to the First Amended Complaint (Docket No. 22) requesting that Defendants be given to July 3, 2008 to respond to the First Amended Complaint.

8. The remaining defendant in this action, Mark McConnell, M. D. is a resident of Idaho. He has not appeared in this action. He will be represented by local counsel, Michael A. Hurwitz. Mr. Hurwitz has been provided with an Acceptance of Service for the First Amended Complaint, summons and related documents. He has agreed to try to coordinate Dr. McConnell's defense with all defendants. He has advised that he does not oppose this stipulation to vacate the date for the Initial Case Management Conference, now set for June 18, 2008, and corresponding deadlines.

9. On June 11, 2008, the Court is scheduled to hold oral argument on plaintiff Fox's motion for leave to file a Second Amended Complaint in the action which this case was related by the Related Case Order filed on March 31, 2008, *Fox v. Good Samaritan Hospital et al.*, C-04-00874 RS. The Court's ruling on this motion is likely to affect subsequent proceedings in that related action.

10. Based on the foregoing, the parties to this stipulation all agree that the Initial Case Management Conference, now set for June 18, 2008, and corresponding deadlines should be vacated, to be reset by the Court when all parties have responded to the First Amended Complaint in this action and based on the Court's rulings and proceedings in the related case of *Fox v. Good Samaritan Hospital et al.*, C-04-00874 RS.

1  11. There have been no previous time modifications of dates set by the Court
2  in this action.
3  I declare under penalty of perjury that the foregoing is true and correct, and that
4  this declaration was executed on June 9, 2008 at San Francisco, California.

        /s/ James A. Hennefer
        JAMES A. HENNEFER

**CERTIFICATION BY SAMANTHA L. REARDON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on June 9, 2008.

        /s/ Samantha L. Reardon
        Samantha L. Reardon