**\*E-FILED 6/9/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 08-01098 RS |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WILLIAM PICHÈ, et al., | |
| Defendants. | |

The case management conference in the above-captioned matter currently set for June 18, 2008 at 2:30 p.m. has been continued to **July 9, 2008 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **July 2, 2008**.

IT IS SO ORDERED.

Dated: 6/9/08

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Hennefer    jhennefer@hennefer-wood.com

Beth Ann Rains McGowen    beth.mcgowen@bingham.com, jerry.webb@bingham.com

Samantha L Reardon    samantha.reardon@bingham.com

Joseph H. C. Wood    jhcwlaw@yahoo.com

Dated: 6/9/08

                                              /s/ BAK
                                           Chambers of Magistrate Judge Richard Seeborg