1  James A. Hennefer (SBN 059490)
   HENNEFER FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (415) 421-6100
   Facsimile:  (415) 421-1815
4
   Attorneys for Plaintiff
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | NO. 08-CV-01098 RS |
| Plaintiff | |
| vs. | **PROOF OF SERVICE** |
| WILLIAM PICHE, et al., | |
| Defendants. | |

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 425 California Street, 19th Floor, San Francisco, California, 94104.

On June 12, 2008, I served a copy of the below-listed document(s) described as:

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT; AND**

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

_X_ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to by delivered and personally served, as set forth below, or as stated on the attached service list.

____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

Michael A. Hurwitz
40 South Market Street
Suite 510
San Jose, CA   95113

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2008, at San Francisco, California.

___/s/_____
Tessie Francisco

| | | |
|---|---|---|
| 1 | JAMES A. HENNEFER (SBN 059490) | |
| 2 | *jhennefer@hennefer-wood.com*<br>HENNEFER, FINLEY & WOOD | *E-FILED 6/9/08* |
| 3 | 425 California Street, 19th Floor<br>San Francisco, CA 94104-2296 | |
| 4 | Telephone: (415) 421-6100<br>Facsimile: (415) 421-1815 | |
| 5 | | |
| 6 | Attorney for Plaintiff<br>RICHARD B. FOX, M.D. | |
| 7 | BINGHAM MCCUTCHEN LLP | |
| 8 | ROSS E. CAMPBELL (SBN 75998)<br>*ross.campbell@bingham.com* | |
| 9 | BETH McGOWEN (SBN 148747)<br>*beth.mcgowen@bingham.com* | |
| 10 | 1900 University Avenue<br>East Palo Alto, CA 94303-2223 | |
| 11 | Telephone: (650) 849-4400<br>Facsimile: (650) 849-4800 | |
| 12 | HALL PRANGLE & SCHOONVELD, LLC | |
| 13 | DAVID C. HALL (*pro hac vice*)<br>*dhall@hpslaw.com* | |
| 14 | 200 South Wacker Drive, Suite 3300<br>Chicago, Illinois 60606 | |
| 15 | Telephone: (312) 267-6201<br>Facsimile: (312) 345-9608 | |
| 16 | Attorneys for Defendants | |
| 17 | WILLIAM PICHÉ, PAUL N. BEAUPRE, M.D.,<br>ARTHUR W. DOUVILLE, M.D., AND KENNETH I.<br>TAN, M.D. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 22 | RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| 23 | Plaintiff,<br>v. | STIPULATION EXTENDING<br>TIME TO ANSWER OR |
| 24 | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,<br>ARTHUR W. DOUVILLE, M.D., MARK S. | OTHERWISE RESPOND TO<br>THE FIRST AMENDED |
| 25 | MCCONNELL, M.D., AND KENNETH I. TAN, M.D., | COMPLAINT |
| 26 | Defendants. | |

No. 08-CV-01098 RS

STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE
RESPOND TO THE FIRST AMENDED COMPLAINT

A/72560297.1/2019871-2198710013

1  It is hereby stipulated, pursuant to Civil Local Rule 6-1, that defendants William
2  Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D., shall have
3  an additional thirty (30) days, up to and including **July 3, 2008**, in which to answer or otherwise
4  respond to plaintiff's First Amended Complaint.

DATED: June 6, 2008

BINGHAM McCUTCHEN LLP


By: _____/s/ Beth McGowen_____
BETH McGOWEN
Attorneys for Defendants
William Pichè, Paul N. Beaupre, M.D., Arthur
Douville, M.D., and Kenneth I. Tan, M.D.

DATED: June 6, 2008

HENNEFER, FINLEY & WOOD


By: _____/s/ James A. Hennefer_____
JAMES A. HENNEFER
Attorneys for Plaintiff
Richard B. Fox, M.D.

**PURSUANT TO STIPULATION; IT IS SO ORDERED.**

DATED: June 9, 2008

_____
HON. RICHARD SEEBORG
United States District Court Magistrate Judge

**CERTIFICATION BY SAMANTHA L. REARDON PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am a lawyer licensed to practice law in the State of California, and am an associate in the law firm of Bingham McCutchen LLP, counsel for defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct on June 6, 2008.

                /s/ Samantha L. Reardon
                Samantha L. Reardon

**\*E-FILED 6/9/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B. FOX, M.D.,       No. C 08-01098 RS

    Plaintiff,

v.       **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

WILLIAM PICHÈ, et al.,

    Defendants.

_____/

The case management conference in the above-captioned matter currently set for June 18, 2008 at 2:30 p.m. has been continued to **July 9, 2008 at 2:30 p.m.**

All parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than **July 2, 2008**.

IT IS SO ORDERED.

Dated: 6/9/08

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Hennefer     jhennefer@hennefer-wood.com

Beth Ann Rains McGowen     beth.mcgowen@bingham.com, jerry.webb@bingham.com

Samantha L Reardon     samantha.reardon@bingham.com

Joseph H. C. Wood     jhcwlaw@yahoo.com

Dated: 6/9/08

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2