1  BINGHAM MCCUTCHEN LLP
   ROSS E. CAMPBELL (SBN 75998)
2  *ross.campbell@bingham.com*
   BETH McGOWEN (SBN 148747)
3  *beth.mcgowen@bingham.com*
   1900 University Avenue
4  East Palo Alto, CA  94303-2223
   Telephone:  (650) 849-4400
5  Facsimile:  (650) 849-4800

6  HALL PRANGLE & SCHOONVELD, LLC
   DAVID C. HALL (*pro hac vice*)
7  *dhall@hpslaw.com*
   200 South Wacker Drive, Suite 3300
8  Chicago, IL  60606
   Telephone:  (312) 267-6201
9  Facsimile:  (312) 345-9608

10 Attorneys for Defendants WILLIAM PICHÈ, PAUL N.
   BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D.,
11 and KENNETH I. TAN, M.D.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

| | |
|---|---|
| 17  RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| 18           Plaintiff, | DAVID C. HALL'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE |
| 19           v. | |
| 20  WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D., | |
| 21  | Date:    July 9, 2008 |
| 22           Defendants. | Time:    2:30 p.m. Place:   Courtroom 4 Judge:   Hon. Richard Seeborg |

23

24

25

26

1   Pursuant to Local Rule 16-10(a), David C. Hall, counsel for Defendants William
2   Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D., hereby
3   requests to be permitted to appear by telephone at the Initial Case Management Conference
4   scheduled for July 9, 2008 at 2:30 p.m.

5
    DATED:  June 30, 2008
6
                                            HALL PRANGLE & SCHOONVELD, LLC
7

8

9                                           By:            /s/ David C. Hall
                                                   DAVID C. HALL
10                                                 Attorneys for Defendants
                                              WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,
11                                            ARTHUR W. DOUVILLE, M.D., and KENNETH I.
                                                        TAN, M.D.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

REQUEST FOR TELEPHONIC APPEARANCE

A/72581363.2/2019871-2198710013