| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
|   | BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com* |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | HALL PRANGLE & SCHOONVELD, LLC |
|   | DAVID C. HALL (*pro hac vice*) |
| 7 | *dhall@hpslaw.com* |
|   | 200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, IL  60606 |
|   | Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants WILLIAM PICHÈ, PAUL N. |
|    | BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., |
| 11 | and KENNETH I. TAN, M.D. |

12

13 UNITED STATES DISTRICT COURT

14 NORTHERN DISTRICT OF CALIFORNIA

15 SAN JOSE DIVISION

16

| | | |
|---|---|---|
| 17 | RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| 18 | Plaintiff, | DEFENDANTS WILLIAM PICHÈ, |
|    | v. | PAUL N. BEAUPRE, M.D., ARTHUR |
| 19 | | W. DOUVILLE, M.D., AND KENNETH |
|    | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., | I. TAN, M.D.'S CERTIFICATION OF |
| 20 | ARTHUR W. DOUVILLE, M.D., MARK S. | INTERESTED ENTITIES OR |
|    | MCCONNELL, M.D., AND KENNETH I. TAN, | PERSONS |
| 21 | M.D., | |
| 22 | Defendants. | |

23

24

25

26

No. 08-CV-01098 RS

DEFENDANTS WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D.,
AND KENNETH I. TAN, M.D.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

A/72568095.1/2019871-2198710013

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
2   than the named parties, there is no such interest to report on behalf of any of the following
3   defendants: William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I.
4   Tan, M.D.

5
    DATED: June 30, 2008
6
                                      BINGHAM McCUTCHEN LLP
7

8

9                              By:         /s/ Beth McGowen
                                       BETH McGOWEN
10                                     Attorneys for Defendants
                                 WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,
11                              ARTHUR W. DOUVILLE, M.D., and KENNETH I.
                                             TAN, M.D.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26