```
 1  BINGHAM MCCUTCHEN LLP
    ROSS E. CAMPBELL (SBN 75998)
 2  ross.campbell@bingham.com
    BETH McGOWEN (SBN 148747)
 3  beth.mcgowen@bingham.com
    1900 University Avenue
 4  East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
 5  Facsimile:  (650) 849-4800

 6  HALL PRANGLE & SCHOONVELD, LLC
    DAVID C. HALL (pro hac vice)
 7  dhall@hpslaw.com
    200 South Wacker Drive, Suite 3300
 8  Chicago, IL  60606
    Telephone:  (312) 267-6201
 9  Facsimile:  (312) 345-9608

10  Attorneys for Defendants WILLIAM PICHÈ, PAUL N.
    BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D.,
11  and KENNETH I. TAN, M.D.
```

12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>        Plaintiff,<br>    v.<br><br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.,<br><br>        Defendants. | No. 08-CV-01098 RS<br><br>DEFENDANTS WILLIAM PICHÈ'S, PAUL N. BEAUPRE, M.D.'S, ARTHUR W. DOUVILLE, M.D.'S, AND KENNETH I. TAN, M.D.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG |

No. 08-CV-01098 RS

DEFENDANTS WILLIAM PICHÈ'S, PAUL N. BEAUPRE, M.D.'S, ARTHUR W. DOUVILLE, M.D.'S, AND KENNETH I. TAN, M.D.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG

A/72581250.1/2019871-2198710013

1  CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD
2  SEEBORG:
3      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the
4  undersigned parties hereby voluntarily consent to have United States Magistrate Judge Richard
5  Seeborg conduct any and all further proceedings in the case, including trial, and order the entry
6  of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court
7  of Appeals for the Ninth Circuit.
8
9  DATED:  June 30, 2008
10                     BINGHAM McCUTCHEN LLP
11
12                 By:          /s/ Beth McGowen
13                       BETH McGOWEN
                       Attorneys for Defendants
14         WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,
       ARTHUR W. DOUVILLE, M.D., and KENNETH I.
15                          TAN, M.D.
16
17
18
19
20
21
22
23
24
25
26

2         No. 08-CV-01098 RS

DEFENDANTS WILLIAM PICHÈ'S, PAUL N. BEAUPRE, M.D.'S, ARTHUR W. DOUVILLE, M.D.'S, AND KENNETH
I. TAN, M.D.'S CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG
A/72581250.1/2019871-2198710013