James A. Hennefer (SBN 059490)
jhennefer@hennefer-wood.com
HENNEFER, FINLEY & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff
RICHARD B. FOX, M.D.


Michael A. Hurwitz (SBN 095185)
mahlaw@sbclaw.net
40 South Market Street, Ste 510
San Jose, CA 95113
Telephone: (408) 283-6850
Facsimile:  (408) 283-6854

Attorney for Defendant
MARK S. McCONNELL, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D.;<br><br>  Plaintiff,<br><br>vs.<br><br>William Piché, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., Mark S. McConnell, M.D., and Kenneth I. Tan, M.D.;<br><br>  Defendants. | CASE NO.   08-CV-01098 RS<br><br>STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE FIRST AMENDED COMPLAINT<br><br>Civil Local Rule 6-1 |

It is hereby stipulated, between plaintiff and defendant Mark S. McConnell M.D., pursuant to Civil Local Rule 6-1, that defendant Mark S. McConnell, M.D. shall have an extension of thirty (30) days, up to and including August 5, 2008, in which to answer or otherwise respond to plaintiff's First Amended Complaint in this action. This change in time will not alter the date of

1  any deadline already fixed by the Court, including those dates set in its order of June 9, 2008,
2  Docket No. 25, insofar as counsel for plaintiff and for defendant Mark S. McConnell have agreed
3  and hereby stipulate that defendant Mark S. McConnell will file his determination regarding the
4  issue of consent to the jurisdiction of the Magistrate Judge by July 2, 2008 and will attend the case
5  management conference on July 9, 2008, as ordered on June 9, 2008, but that such filing and
6  attendance will be without prejudice to any defenses defendant Mark S.McConnell may raise to the
7  First Amended Complaint.

Dated: June __18__, 2008

JAMES A. HENNEFER
HENNEFER, FINLEY & WOOD
Attorneys for Plaintiff Richard B. Fox

Dated: June __26__, 2008

MICHAEL A. HURWITZ
Attorney for Defendant Mark S. McConnell

**PURSUANT TO STIPULATION; IT IS SO ORDERED**

Dated: June_____, 2008

HON. RICHARD SEEBORG
United States District Court Magistrate Judge

---

*Fox v. Piché, et al.*    **Stipulation Extending Time**    Case No. 08-CV-0198 RS
                          **to Respond to First Amended Complaint**

**CERTIFICATION BY JAMES A. HENNEFER RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES PURSUANT TO GENERAL RULE 45, SECTION X**

1. I am an attorney, duly licensed and in good standing to practice law in the State of California. I am counsel for plaintiff Richard B. Fox, M.D. in this action. The statements in this certification are made from my personal knowledge, and if called as a witness I could and would competently testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury pursuant to the laws of the State of California at San Francisco, California that the foregoing is true and correct on June 50, 2008.

_____
James A. Hennefer

---

*Fox v. Piché, et al.* | **Stipulation Extending Time to Respond to First Amended Complaint** | Case No. 08-CV-0198 RS

-3-