**\*E-FILED\***
**July 1, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD B. FOX, M.D.,                                        No. C 08-01098 RS

         Plaintiff,

     v.                                                **CLERK'S NOTICE**

WILLIAM PICHÉ, et al.,

         Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for July 9, 2008 at 9:30 a.m. has been continued to **August 20, 2008 at 9:30 a.m.** The conference will be conducted telephonically. No later than Friday, August 15, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: July 1, 2008

                                                       For the Court,
                                                       RICHARD W. WEIKING, Clerk

                                                       By:    /s/ Martha Parker Brown
                                                                   Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

James A. Hennefer    jhennefer@hennefer-wood.com

Beth Ann Rains McGowen    beth.mcgowen@bingham.com, jerry.webb@bingham.com

Samantha L Reardon    samantha.reardon@bingham.com

Joseph H. C. Wood    jhcwlaw@yahoo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.