**\*E-FILED\***
**July 2, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 08-01098 RS |
| Plaintiff, | CORRECTED |
| v. | **CLERK'S NOTICE** |
| WILLIAM PICHÉ, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference in the above-captioned matter currently set for July 9, 2008 at 2:30 p.m. has been continued to **August 20, 2008 at 2:30 p.m.** The conference will be conducted telephonically. No later than Friday, August 15, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: July 2, 2008

For the Court,
RICHARD W. WEIKING, Clerk

By:  /s/ Martha Parker Brown
      Courtroom Deputy Clerk

**THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

James A. Hennefer    jhennefer@hennefer-wood.com

Beth Ann Rains McGowen    beth.mcgowen@bingham.com, jerry.webb@bingham.com

Samantha L Reardon    samantha.reardon@bingham.com

Joseph H. C. Wood    jhcwlaw@yahoo.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.