1  James A. Hennefer (SBN 059490)
       jhennefer@hennefer-wood.com
2  HENNEFER, FINLEY & WOOD
   425 California Street, 19th Floor
3  San Francisco, CA 94104-2296
   Telephone: (415) 421-6100
4  Facsimile:   (415) 421-1815
   Attorneys for Plaintiff
5  RICHARD B. FOX, M.D.

6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11 Richard B. Fox, M.D.;                )   CASE NO.   08-CV-01098 RS
                                        )
12        Plaintiff,                    )
                                        )
13     vs.                              )   ACCEPTANCE OF
                                        )   SERVICE OF PROCESS
                                        )   AND OF OTHER DOCUMENTS
14 William Piché, Paul N. Beaupre, M.D., Arthur)
   W. Douville, M.D., Mark S. McConnell, )
15 M.D., and Kenneth I. Tan, M.D.;      )
                                        )
16        Defendants.                   )
                                        )
17 _____)

18
        The undersigned counsel, Michael A. Hurwitz, hereby certifies: (1) that he is counsel for
19
   defendant Mark McConnell, M.D. in the within action; (2) that he is authorized by said defendant
20
   to accept service on behalf of defendant of the following documents:
21
        a.    Summons;
22
        b.    First Amended Complaint;
23
        c.    Related Case Order;
24
        d.    Order Setting Initial Case Management Conference and ADR Deadlines;
25
        e     Standing Order Re: Initial Case Management;
26
        f.    Standing Order for All Judges of the Northern District of California, Contents of
27            Joint Case Management Statement;

28      g.    Standing Order Regarding Case Management in Civil Cases;  and,

---

*Fox v. Piché, et al.*      **Acceptance of Service**      Case No. 08-CV-0198 RS

-1-

1     h.    Notice of Assignment of Case to a United States Magistrate Judge for Trial;

2 and, (3) that by the execution of this Acceptance of Service, he accepts service of process for and

3 on behalf of Mark McConnell, M.D. of each of these documents as of the date of said execution.

4     In executing this Acceptance of Service, Michael A. Hurwitz does so on the understanding

5 that defendant Mark McConnell, M.D. will be accorded the benefit of all stipulated extensions

6 agreed to by other defendants and plaintiff in the within action, and that Mr. Hennefer and Mr.

7 Hurwitz have agreed on behalf of their clients to Stipulate under Rule 6 to an*

8 Date: June __16__, 2008                                   Michael A. Hurwitz

By _____
Counsel for Defendant
Mark McConnell, M.D.

13 *additional 30 days, for a total of 50 days, which is to and including August

14 5, 2008, for Dr. McConnell to answer or otherwise respond to the first Amended

15 Complaint.

---

*Fox v. Piché, et al.*         **Acceptance of Service**         Case No. 08-CV-0198 RS