1  James A. Hennefer (SBN 059490)
   HENNEFER FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104-2296
3  Telephone: (415) 421-6100
   Facsimile:   (415) 421-1815
4
   Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| RICHARD B. FOX, M.D., | NO. 08-CV-01098 RS |
| Plaintiff | |
| vs. | |
| WILLIAM PICHE, et al., | |
| Defendants. | |

**PROOF OF SERVICE**

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California. I am over the age of 18 and am not a party to the within action. My business address is 425 California Street, 19th Floor, San Francisco, California, 94104.

On July 2, 2008, I served a copy of the below-listed document(s) described as:

**CLERK'S NOTICE (RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE)**

____ (BY FACSIMILE) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date.

__X__ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

____ (BY PERSONAL SERVICE) I caused such envelope(s) to by delivered and personally served, as set forth below, or as stated on the attached service list.

____ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served, as set forth below, or as stated on the attached service list.

Michael A. Hurwitz
40 South Market Street
Suite 510
San Jose, CA   95113
  mahlaw@sbclaw.net

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 2, 2008, at San Francisco, California.

_____/s/_____
Tessie Francisco