BINGHAM MCCUTCHEN LLP
ROSS E. CAMPBELL (SBN 75998)
*ross.campbell@bingham.com*
BETH McGOWEN (SBN 148747)
*beth.mcgowen@bingham.com*
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  (650) 849-4400
Facsimile:  (650) 849-4800

DAVID C. HALL (*pro hac vice*)
*dhall@hpslaw.com*
HALL PRANGLE & SCHOONVELD, LLC
200 South Wacker Drive, Suite 3300
Chicago, Illinois 60606
Telephone:  (312) 267-6201
Facsimile:  (312) 345-9608

Attorneys for Defendants
WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D.,
ARTHUR W. DOUVILLE, M.D., AND KENNETH I. TAN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>          Plaintiff,<br>     v.<br><br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.<br><br>          Defendants. | No. 08-CV-01098 RS<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date:     August 20, 2008<br>Time:     9:30 a.m.<br>Place:    Courtroom 4<br>Judge:    Hon. Richard Seeborg |

1    Defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. (collectively referred to herein as "Defendants") Joint Motion to Strike Portions of Plaintiff Richard B. Fox M.D.'s First Amended Complaint ("Motion to Strike"), came on for hearing before the Honorable Richard Seeborg, Courtroom 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California at 9:00 a.m., on August 20, 2008. Counsel appeared on behalf of all parties and presented oral argument regarding Defendants' Motion to Strike.

Having read and considered the arguments and papers submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED that: Defendants' Joint Motion to Strike is granted. The following portions of Plaintiff's First Amended Complaint shall be stricken as to Defendants pursuant to Federal Rule of Civil Procedure 12(f):

| | | |
|---|---|---|
| 1. Paragraph 5. | 9. | Paragraph 44 & 45 |
| 2. Paragraph 34. | 10. | Paragraph 83 |
| 3. Paragraph 35. | 11. | Paragraph 84 & 85 |
| 4. Paragraph 36. | 12. | Paragraph 105, 106 & 107 |
| 5. Paragraph 37 | 13. | Paragraph 114-122 |
| 6. Paragraph 38 | 14. | Paragraph 122 |
| 7. Paragraph 40 | 15. | Paragraph 126 |
| 8. Paragraph 42 | | |

**IT IS SO ORDERED**.

DATED: August __, 2008

_____
HONORABLE RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO STRIKE

A/72586525.1/2019871-2198710013