| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
|   | BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com* |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | DAVID C. HALL (*pro hac vice*) |
|   | *dhall@hpslaw.com* |
| 7 | HALL PRANGLE & SCHOONVELD, LLC |
|   | 200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, Illinois 60606 |
|   | Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants |
|    | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., |
| 11 | ARTHUR W. DOUVILLE, M.D., AND KENNETH I. |
|    | TAN, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICHARD B. FOX, M.D., | | No. 08-CV-01098 RS |
| Plaintiff, | | [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) |
| v. | | |
| WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D. | | Date:    August 20, 2008<br>Time:    9:30 a.m.<br>Place:   Courtroom 4<br>Judge:   Hon. Richard Seeborg |
| Defendants. | | |

1

No. 08-CV-01098 RS

1  Defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D.,
2  and Kenneth I. Tan, M.D. (collectively referred to herein as "Defendants") Joint Motion to
3  Dismiss Plaintiff Richard B. Fox M.D.'s First Amended Complaint came on for hearing before
4  the Honorable Richard Seeborg, Courtroom 4, 5th Floor, United States District Court, 280 South
5  First Street, San Jose, California at 9:00 a.m., on August 20, 2008.  Counsel appeared on behalf
6  of all parties and presented oral argument regarding Defendants' Motion to Dismiss.
7  Having read and considered the arguments and papers submitted by the parties,
8  and good cause appearing, IT IS HEREBY ORDERED that:  Plaintiff's First Amended
9  Complaint is dismissed with prejudice under Rule 12(b)(6) of the Federal Rules of Civil
10 Procedure.  Plaintiff has failed to state a claim upon which relief can be granted under:  Sections
11 1 and 2 of the Sherman Act; Retaliation – Withholding of Hospital Privileges in Violation of
12 Public Policy; Breach of Contract and Implied Covenant of Good Faith and Fair Dealing; and
13 Interference with Prospective Economic Relations.
14 **IT IS SO ORDERED**.
15
16 DATED: August __, 2008
17
                                              _____
18                                            HONORABLE RICHARD SEEBORG
                                              UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26