| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
|   | BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com* |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | DAVID C. HALL (*pro hac vice*) |
|   | *dhall@hpslaw.com* |
| 7 | HALL PRANGLE & SCHOONVELD, LLC |
|   | 200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, Illinois 60606 |
|   | Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants |
|    | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., |
| 11 | ARTHUR W. DOUVILLE, M.D., AND KENNETH I. |
|    | TAN, M.D. |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 17 | RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| 18 | Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) |
|    | v. | |
| 19 | | |
|    | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., | |
| 20 | ARTHUR W. DOUVILLE, M.D., MARK S. | |
|    | MCCONNELL, M.D., AND KENNETH I. TAN, | |
| 21 | M.D. | Date:  August 20, 2008 |
|    | | Time:  9:30 a.m. |
|    | | Place:  Courtroom 4 |
| 22 | Defendants. | Judge:  Hon. Richard Seeborg |

1  No. 08-CV-01098 RS

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS

A/72586522.1/2019871-2198710013

1   Defendants William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D.,
2   and Kenneth I. Tan, M.D. (collectively referred to herein as "Defendants") Joint Motion to
3   Dismiss Plaintiff Richard B. Fox M.D.'s First Amended Complaint came on for hearing before
4   the Honorable Richard Seeborg, Courtroom 4, 5th Floor, United States District Court, 280 South
5   First Street, San Jose, California at 9:00 a.m., on August 20, 2008.  Counsel appeared on behalf
6   of all parties and presented oral argument regarding Defendants' Motion to Dismiss.

7   Having read and considered the arguments and papers submitted by the parties,
8   and good cause appearing, IT IS HEREBY ORDERED that:  Plaintiff's First Amended
9   Complaint is dismissed with prejudice under Rule 12(b)(6) of the Federal Rules of Civil
10  Procedure.  Plaintiff has failed to state a claim upon which relief can be granted under:  Sections
11  1 and 2 of the Sherman Act; Retaliation – Withholding of Hospital Privileges in Violation of
12  Public Policy; Breach of Contract and Implied Covenant of Good Faith and Fair Dealing; and
13  Interference with Prospective Economic Relations.

14  **IT IS SO ORDERED**.

15

16  DATED: August __, 2008

17
                                                        _____
18                                                      HONORABLE RICHARD SEEBORG
                                                        UNITED STATES MAGISTRATE JUDGE
19
20
21
22
23
24
25
26