| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com*<br>BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com*<br>1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223<br>Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | DAVID C. HALL (*pro hac vice*)<br>*dhall@hpslaw.com* |
| 7 | HALL PRANGLE & SCHOONVELD, LLC<br>200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, Illinois 60606<br>Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants<br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., |
| 11 | ARTHUR W. DOUVILLE, M.D., AND KENNETH I.<br>TAN, M.D. |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| 17 | RICHARD B. FOX, M.D., | | No. 08-CV-01098 RS |
| 18 | Plaintiff,<br>v. | | PROOF OF SERVICE |
| 19 | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., | | Date:     August 20, 2008<br>Time:     9:30 a.m. |
| 20 | ARTHUR W. DOUVILLE, M.D., MARK S.<br>MCCONNELL, M.D., AND KENNETH I. TAN, | | Place:    Courtroom 4<br>Judge:    Hon. Richard Seeborg |
| 21 | M.D. | | |
| 22 | Defendants. | | |

PROOF OF SERVICE

**PROOF OF SERVICE**

1

2  I am over eighteen years of age, not a party in this action, and employed in San

3  Mateo County, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I

4  am readily familiar with the practice of this office for collection and processing of

5  correspondence for mail/fax/hand delivery/next business day delivery, and they are deposited

6  that same day in the ordinary course of business.

7  On July 3, 2008, I served the attached:

8  DEFENDANTS' NOTICE OF MOTION AND JOINT MOTION
   TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
9  PROCEDURE 12(b)(6); MEMORANDUM OF POINTS AND
   AUTHORITIES
10

   NOTICE OF MOTION AND DEFENDANTS' JOINT MOTION
11 TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED
   COMPLAINT; MEMORANDUM OF POINTS AND
12 AUTHORITIES

13 [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT
   MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST
14 AMENDED COMPLAINT

15 [PROPOSED] ORDER GRANTING DEFENDANTS' JOINT
   MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF
16 CIVIL PROCEDURE 12(b)(6)

17  ☐  (BY FAX) by transmitting via facsimile the document(s) listed above to the fax
       number(s) set forth below on this date before 5:00 p.m.
18

19  ☒  (BY MAIL) by causing a true and correct copy of the above to be placed in the
       United States Mail at East Palo Alto, California in sealed envelope(s) with postage
20     prepaid, addressed as set forth below. I am readily familiar with this law firm's
       practice for collection and processing of correspondence for mailing with the
21     United States Postal Service. Correspondence is deposited with the United States
       Postal Service the same day it is left for collection and processing in the ordinary
22     course of business.

23  ☐  (EXPRESS MAIL/OVERNIGHT DELIVERY) by causing a true and correct copy
       of the document(s) listed above to be delivered by PROOF OF SERVICE in sealed
24     envelope(s) with all fees prepaid at the address(es) set forth below.

25

26

| | | |
|---|---|---|
| 1 | ☐ | (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below. |
| 2 | | |

Michael A. Hurwitz, Esq.
Law Offices of Michael A. Hurwitz
40 S. Market Street, Suite 510
San Jose, CA 95113-2323

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 3, 2008, at East Palo Alto, California.

_____/s/ Marianne DeRitis_____
Marianne DeRitis

PROOF OF SERVICE

A/72586548.1