1  Michael A. Hurwitz, Esq. (SBN 095185)
       mahlaw@sbcglobal.net
2  LAW OFFICES OF MICHAEL A. HURWITZ
   P.O. Box 90036
3  San Jose, CA  95109-3036
   Telephone:  (408) 283-6850
4  Facsimile: (408) 283-6854

5  Attorneys for Defendant
   MARK S. MCCONNELL, M.D.
6

7
                    IN THE UNITED STATED DISTRICT COURT
8
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                              SAN JOSE DIVISION
10

11 Richard B. Fox, M.D.;                  )
                                          )
12         Plaintiff,                     )   **CASE NO.    08-CV-01098 RS**
                                          )
13    vs.                                 )   **CONSENT TO PROCEED BEFORE A**
                                          )   **UNITED STATES MAGISTRATE JUDGE**
14 William Piche´, Paul N. Beaupre, M.D., )
   Arthur W. Douville, M.D., Mark S.      )
15 McConnell, M.D., and Kenneth A.        )
   Tan, M.D.                              )
16                                        )
          Defendants.                     )
17 _____)

18      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

19      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

20 hereby voluntarily consents to have a United States Magistrate Judge, the Honorable Judge

21 Richard Seeborg, conduct any and all further proceedings in the case, including trial, and order the

22 entry of a final judgment. Appeal from the judgment shall be taken directly to the United States

23 Court of Appeals for the Ninth Circuit.

24

25 Dated: July 25, 2008                          Law Offices of Michael A. Hurwitz

26                                               By:    /s/ Michael A. Hurwitz
                                                        Michael A. Hurwitz
27         `                                            Counsel for Mark S. McConnell, M.D.
                                                        Defendant
28

# **PROOF OF SERVICE**

I, Michael A Hurwitz, declare:

    I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the within cause. My business address is 40 South Market Street, Suite 510, San Jose, CA 95113. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 25, 2008, I served the within:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties in this action, by placing a true copy thereof in a sealed envelope, and each envelope addressed as follows:

| | |
|---|---|
| James A. Hennefer, Esq.<br>HENNEFER, FINLEY &WOOD<br>425 California Street, 19th Floor<br>San Francisco, CA 94104-2296<br>jhennefer@hennefer-wood.com | Hall, Prangle & Schoonveld, LLC<br>David C. Hall, Esq. (*pro had vice*)<br>200 South Wacker Drive, Suite 3300<br>Chicago, IL 60606<br>dhall@hpslaw.com |
| Bingham McCutchen LLP<br>Ross E. Campbell<br>Beth McGowen, Esq.<br>1900 University Avenue<br>East Palo Alto, CA 94303-2223<br>ross.campbell@bingham.com | |

[___] (By Facsimile Transmission) I caused each of the above documents to be transmitted by this firm's facsimile machine, transmitting from (408) 283-6854, at San Jose, California according to the ordinary business practice of this firm; the name and respective fax number of the person and/or firm to which the transmission was made is designated above for those served by facsimile; the transmission was reported as complete and without error; a copy of the transmission report is attached to this proof of service and said report was properly issued by the transmitting facsimile machine.

[ X ] (By Mail) I caused such envelope to be served by depositing same, with postage thereon fully prepaid, with the United States Postal Service in the ordinary course of business at San Jose, California.

[___] (By Personal Service) I caused each such envelope to be delivered by hand.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 25, 2008, at San Jose, California.

                                                          /s/ Michael A. Hurwitz
                                                          Michael A. Hurwitz