1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.,<br><br>　　　　Defendants. | No. C-04-00874 RS<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MARK S. MCCONNELL, M.D.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)<br><br>Date:　　September 10, 2008<br>Time:　　9:30 a.m.<br>Place:　　Courtroom 4<br>Judge:　　Hon. Richard Seeborg |

1       Defendant Mark S. McConnell, M.D.'s ("Defendant") Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) came on for hearing at 9:30 a.m. on September 10, 2008. Plaintiff Richard B. Fox, M.D. ("Plaintiff") appeared by his counsel James Hennefer of Hennefer, Finley & Wood, LLP. Defendant appeared by his counsel Beth A. McGowen of Bingham McCutchen LLP. After consideration of the briefs and argument of counsel on the present motion and Defendants' William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), and all other matters presented to the Court, Defendant's Motion to Dismiss is HEREBY GRANTED. Accordingly, each claim referenced in Plaintiff's First Amended Complaint is dismissed with prejudiced.

**IT IS SO ORDERED.**

DATED: _____ __, 2008

                                                      HON. RICHARD SEEBORG
                                    United States District Court Magistrate Judge