| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com*<br>BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com*<br>1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223<br>Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | DAVID C. HALL (*pro hac vice*)<br>*dhall@hpslaw.com* |
| 7 | HALL PRANGLE & SCHOONVELD, LLC<br>200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, Illinois 60606<br>Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants<br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., |
| 11 | ARTHUR W. DOUVILLE, M.D., MARK S.<br>MCCONNELL, M.D., AND KENNETH I. TAN. M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D.,<br><br>           Plaintiff,<br><br>     v.<br><br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.<br><br>           Defendants. | No. 08-CV-01098 RS<br><br>JOINDER BY MARK S. MCCONNELL, M.D. TO DEFENDANTS' JOINT MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date:     September 10, 2008<br>Time:    9:30 a.m.<br>Place:    Courtroom 4<br>Judge:   Hon. Richard Seeborg |

1   On July 3, 2008, Defendants Mr. William Pichè, and Drs. Paul Beaupre, Arthur
2   Douville and Kenneth Tan ("Defendants") filed a Joint Motion to Strike Portions of Plaintiff
3   Richard B. Fox, M.D.'s First Amended Complaint ("FAC"). Docket No. 43. Defendant Mark S.
4   McConnell, M.D. hereby joins in Defendants' motion and requests that the Court strike the
5   following allegations from the FAC: (1) Plaintiff's allegations that pertain to non-party HCA,
6   Inc.'s business practices (FAC ¶¶ 5, 34, 35, 36, 38); and (2) Plaintiff's allegations that fall
7   outside the relevant statute of limitations (FAC ¶¶ 37, 40, 42, 44, 45(a)-(f), 83, 84, 85, 105, 106,
8   107, 126). Plaintiff does not join in Defendants motion as it relates to the Seventh Claim for
9   Relief as those claims only pertain to Defendants Mr. Pichè and Dr. Beaupre. FAC ¶ 113-122.

11  DATED: August 5, 2008

12                              BINGHAM McCUTCHEN LLP

15                         By:        /s/ Beth McGowen
                                    BETH McGOWEN
16                                 Attorneys for Defendants
                            WILLIAM PICHÈ, PAUL N. BEAUPRE,
                            M.D., ARTHUR W. DOUVILLE, M.D.,
17                           MARK S. MCCONNELL, M.D., AND
                                 KENNETH I. TAN, M.D.