1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICHARD B. FOX, M.D., | No. C-04-00874 RS |
|---|---|
| Plaintiff,<br>v.<br>WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D.,<br>Defendants. | [PROPOSED] ORDER GRANTING JOINDER BY DEFENDANT MARK S. MCCONNELL, M.D. TO DEFENDANTS' JOINT MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Date:   September 10, 2008<br>Time:   9:30 a.m.<br>Place:  Courtroom 4<br>Judge:  Hon. Richard Seeborg |

1  Defendant Mark S. McConnell, M.D.'s Joinder to Defendants' William Pichè,
2  Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and Kenneth I. Tan, M.D. Joint Motion to
3  Strike Portions of the First Amended Complaint came on for hearing at 9:30 a.m. on September
4  10, 2008.  Plaintiff Richard B. Fox, M.D. appeared by his counsel James Hennefer of Hennefer,
5  Finley & Wood, LLP.  Defendant appeared by his counsel Beth A. McGowen of Bingham
6  McCutchen LLP.  After consideration of the briefs and argument of counsel on the present
7  motion and Defendants' William Pichè, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., and
8  Kenneth I. Tan, M.D. Joint Motion to Strike Portions of the First Amended Complaint, and all
9  other matters presented to the Court, Defendant Mark S. McConnell, M.D.'s Motion to Strike
10  Portions of the First Amended Complaint is HEREBY GRANTED.

11  Therefore, IT IS HEREBY ORDERED that the following portions of Plaintiff's
12  First Amended Complaint shall be stricken as to Defendant pursuant to Federal Rule of Civil
13  Procedure 12(f):

| | | | | |
|---|---|---|---|---|
| 14 | 1. | Paragraph 5 | 9. | Paragraph 44 & 45 |
| 15 | 2. | Paragraph 34 | 10. | Paragraph 83 |
| 16 | 3. | Paragraph 35 | 11. | Paragraph 84 & 85 |
| 17 | 4. | Paragraph 36 | 12. | Paragraph 105, 106 & 107 |
| 18 | 5. | Paragraph 37 | 13. | Paragraph 114-122 |
| 19 | 6. | Paragraph 38 | 14. | Paragraph 122 |
| 20 | 7. | Paragraph 40 | 15. | Paragraph 126 |
| 21 | 8. | Paragraph 42 | | |

22
23  **IT IS SO ORDERED.**
24
25
26

1  DATED: _____ \_\_, 2008
2
3
                                          _____
4                                              HON. RICHARD SEEBORG
                                       United States District Court Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26