James A. Hennefer (SBN 059490)
jhennefer@hennefer-wood.com
HENNEFER, FINLEY & WOOD
425 California Street, 19th Floor
San Francisco, CA 94104-2296
Telephone: (415) 421-6100
Facsimile:  (415) 421-1815

Attorneys for Plaintiff
RICHARD B. FOX, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard B. Fox, M.D.; <br><br> Plaintiff, <br><br> vs. <br><br> William Piché, Paul N. Beaupre, M.D., Arthur W. Douville, M.D., Mark S. McConnell, M.D., and Kenneth I. Tan, M.D.; <br><br> Defendants. | CASE NO.   08-CV-01098 RS <br><br> PLAINTIFF RICHARD B. FOX, M.D.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br><br> Civil Local Rule 3-16 |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report on behalf of plaintiff Richard B. Fox, M.D.

Dated: August 13, 2008

HENNEFER, FINLEY & WOOD, LLP


By:   /s/
       JAMES A. HENNEFER

Attorneys for Plaintiff Richard B. Fox

---

*Fox v. Piché, et al.*   PLAINTIFF RICHARD B. FOX, M.D.'S   Case No. 08-CV-0198 RS
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS