UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: __54min__

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __FTR__             DATE: __8/20/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                     CASE #: __C 08-01098RS__

CASE TITLE: __RICHARD B. FOX__  VS.  __WILLIAM PICHE, ET AL__

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

 __JAMES A. HENNEFER__                     __BETH MCGOWAN__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | | |
|-------|-------|------------|---|---|
| { } | {X} | { } | 1. | TO DISMISS |
| { } | {X} | { } | 2. | TO STRIKE |
| { } | { } | { } | 3. | |
| { } | { } | { } | 4. | |

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED    [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED        [  ] DENIED        [  ] SUBMITTED        [  ] DENIED/GRANTED in part

[  ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: __MATTER IS ARGUED BY COUNSEL. THE COURT WILL ISSUE A WRITTEN ORDER.__