UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time: 20 min

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__              DATE: __8/20/08__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                              CASE #: __C 04-00874/C 08-01098RS__

CASE TITLE: __RICHARD B. FOX__ VS. __GOOD SAMARITAN HOSPITAL, ET AL, AND RELATED CASE__

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

__JAMES A. HENNEFER__                          __BETH MCGOWAN__

                                               __DAVID C. HALL, GEORGE A. SHANNON, JR__

                                               __MICHAEL A. HURWITZ (all by phone)__

**TODAY'S PROCEEDINGS**

{ } SETTLEMENT CONF.   { } PRETRIAL CONF.   {X} CMC   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1._____
{ }     { }     { }     2._____
{ }     { }     { }     3._____
{ }     { }     { }     4._____

DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED     [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED       [ ] DENIED        [ ] SUBMITTED       [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

**(BRIEFING SCHEDULE:)** { } Cont'd to: _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**   [ ]PLTF;   [ ]DEFT;   [ ]COURT
Additional Comments:_____

__CASE MANAGEMENT CONFERENCE HELD–COURT WILL ISSUE SCHEDULING ORDER__

HOURS IN SETTLEMENT:_____       Copies to:_____  _____  _____