| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | ROSS E. CAMPBELL (SBN 75998) |
| 2 | *ross.campbell@bingham.com* |
|   | BETH McGOWEN (SBN 148747) |
| 3 | *beth.mcgowen@bingham.com* |
|   | 1900 University Avenue |
| 4 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 5 | Facsimile:  (650) 849-4800 |
| 6 | DAVID C. HALL (*pro hac vice*) |
|   | *dhall@hpslaw.com* |
| 7 | HALL PRANGLE & SCHOONVELD, LLC |
|   | 200 South Wacker Drive, Suite 3300 |
| 8 | Chicago, Illinois 60606 |
|   | Telephone:  (312) 267-6201 |
| 9 | Facsimile:  (312) 345-9608 |
| 10 | Attorneys for Defendants |
|    | WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., |
| 11 | ARTHUR W. DOUVILLE, M.D., MARK S. |
|    | MCCONNELL, M.D., AND KENNETH I. TAN, M.D. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. 08-CV-01098 RS |
| Plaintiff, | DEFENDANT MARK S. MCCONNELL, M.D.'S REPLY TO JOINDER TO DEFENDANTS' JOINT MOTION TO STRIKE |
| v. | |
| WILLIAM PICHÈ, PAUL N. BEAUPRE, M.D., ARTHUR W. DOUVILLE, M.D., MARK S. MCCONNELL, M.D., AND KENNETH I. TAN, M.D. | Date:     September 10, 2008<br>Time:     9:30 a.m.<br>Place:    Courtroom 4<br>Judge:   Hon. Richard Seeborg |
| Defendants. | |

1  Plaintiff Richard B. Fox, M.D. ("Plaintiff") did not oppose Defendant Mark S.
2  McConnell, M.D.'s ("Defendant McConnell") Joinder to Defendants' Joint Motion to Strike.
3  (Docket No. 53). Accordingly, for the reasons stated in Defendants' Joint Motion to Strike,
4  Defendant McConnell respectfully requests that this Court grant the motion and strike the
5  following allegations from the First Amended Complaint ("FAC"): (1) Plaintiff's allegations
6  that pertain to non-party HCA, Inc.'s business practices (FAC ¶¶ 5, 34, 35, 36, 38); and
7  (2) Plaintiff's allegations that fall outside the relevant statute of limitations (FAC ¶¶ 37, 40, 42,
8  44, 45(a)-(f), 83, 84, 85, 105, 106, 107, 126).

10  DATED: August 27, 2008

BINGHAM McCUTCHEN LLP

By:  /s/ Beth McGowen
BETH McGOWEN
Attorneys for Defendants
WILLIAM PICHÈ, PAUL N. BEAUPRE,
M.D., ARTHUR W. DOUVILLE, M.D.,
MARK S. MCCONNELL, M.D., AND
KENNETH I. TAN, M.D.