**United States District Court**
For the Northern District of California

**\*E-FILED 11/4/08\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 04-00874 RS |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| GOOD SAMARITAN HOSPITAL, et al., | |
| Defendants. | |
| _____/ | |

A further Case Management Conference in this case shall be held on **January 28, 2009 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

No later than January 21, 2009, the parties shall file an updated Joint Case Management Conference Statement.

IT IS SO ORDERED.

DATED:      11/4/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT A COPY OF THIS ORDER WAS MAILED TO:**

2  Beth Ann Rains McGowen      beth.mcgowen@bingham.com, jerry.webb@bingham.com,
   ruth.difalco@bingham.com

3

4  Eric Peter Schoonveld     eric@hpslaw.com

5  George Albert Shannon , Jr     gshannon@smfs.com

6  James A. Hennefer      jhennefer@hennefer-wood.com

7  Jane Allison Stevens     jstevens@hpslaw.com

8  Joseph H. C. Wood      jhcwlaw@yahoo.com

9  Megan Dean Richardson      mrichardson@smfs.com

10  Samantha L Reardon     samantha.reardon@bingham.com

11  Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.

12

13  Dated: 11/4/08

14

15                                                    /s/ BAK
                                          _____
16                                        Chambers of Magistrate Judge Richard Seeborg

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE                                    2