**United States District Court**
For the Northern District of California

\*E-FILED 11/4/08\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C 08-01098 RS |
| Plaintiff, | **ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| WILLIAM PICHÈ, et al., | |
| Defendants. | |

A further Case Management Conference in this case shall be held on **January 28, 2009 at 2:30 p.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

No later than January 21, 2009, the parties shall file an updated Joint Case Management Conference Statement.

IT IS SO ORDERED.

Dated: 11/4/08

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Beth Ann Rains McGowen     beth.mcgowen@bingham.com, jerry.webb@bingham.com

James A. Hennefer     jhennefer@hennefer-wood.com

Joseph H. C. Wood     jhcwlaw@yahoo.com

Michael A. Hurwitz     mahlaw@sbcglobal.net

Samantha L Reardon     samantha.reardon@bingham.com

Dated: 11/4/08

                                                    /s/ BAK
Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California

2