United States District Court
For the Northern District of California

**\*E-FILED 11/13/08\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD B. FOX, M.D., | NO. C 08-1098 RS |
| Plaintiff, | **ORDER MODIFYING SEPTEMBER 22, 2008 ORDER** |
| v. | |
| WILLIAM PICHE, et al., | |
| Defendants. | |

The September 22, 2008 Order Granting in Part and Denying in Part Motions to Dismiss and to Strike at 6:22-23 originally said: "Fox filed this suit against defendants on March 18, 2008, so any claim that accrued before March 18, 2004, would otherwise be time-barred unless a new injury intervened."  The Court hereby modifies that sentence of the order to read: "Fox filed this suit on February 19, 2008, so any claim that accrued before February 19, 2004, would otherwise be time-barred unless a new injury intervened."

IT IS SO ORDERED.

Dated: 11/13/08

RICHARD SEEBORG
United States Magistrate Judge

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Beth Ann Rains McGowen     beth.mcgowen@bingham.com, jerry.webb@bingham.com

James A. Hennefer     jhennefer@hennefer-wood.com

Joseph H. C. Wood     jhcwlaw@yahoo.com

Michael A. Hurwitz     mahlaw@sbcglobal.net

Samantha L Reardon     samantha.reardon@bingham.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 11/13/08**                                                                 **Richard W. Wieking, Clerk**

                                                                                                 **By:      Chambers         **