DAVID L. PERRAULT, #67109
JOHN Q. BROWN, III, #60681
JOHN P. RHODE, #132533
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800 • Fax (916) 449-3888

*E-FILED 1/16/09*

Attorneys for Defendants William Piché,
Paul Beaupre, M.D., Arthur Douville, M.D.,
Mark McConnell, M.D., and Kenneth Tan, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | No. C-08-01098 RS |
| Plaintiff, | |
| v. | **SUBSTITUTION OF COUNSEL AND ORDER** |
| WILLIAM PICHE, et al. | [LOCAL RULE 11-5] |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant WILLIAM PICHÉ, hereby substitutes David L. Perrault of the law firm Hardy Erich Brown & Wilson, 1000 G Street, 2nd Floor, Sacramento, CA 95814, Tel: (916) 449-3800, Fax: (916) 449-3888, Email: dperrault@hebw.com as his attorney of record in the above-captioned action instead of Ross Campell, Beth McGowen and Samantha Reardon of Bingham McCutchen LLP.

David Perrault will act as co-counsel for out-of-state counsel David C. Hall and his associate attorneys at Hall Prangle & Schoonveld, LLC whose pro hac vice applications have previously been granted pursuant to Civil Local Rule 11-3.



HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

1    I consent to this substitution.

3    Dated: January 14, 2009   By:   /s/ William Piche
                                     WILLIAM PICHÉ

6    I consent to this substitution.

7    Dated: January 14, 2009   **BINGHAM McCUTCHEN, LLP**

9                              By:   /s/ Beth McGowen
                                     BETH McGOWEN

12   I consent to this substitution.

13   Dated: January 14, 2009

14                              **HARDY ERICH BROWN & WILSON**
                                A Professional Law Corporation

17                              By:   /s/ David L. Perrault
                                      DAVID L. PERRAULT

19   **IT IS SO ORDERED.**

21   Dated: ___January 16_____, 2009

23                              _____
                                RICHARD SEEBORG,
                                UNITED STATES MAGISTRATE JUDGE

24   ///
25   ///
26   ///
27   ///
28   ///



1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012078.WPD          2

SUBSTITUTION OF COUNSEL AND ORDER

1 **DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO.**
2 **45(X) RE: E-FILING WITH MULTIPLE SIGNATURES**
3 I, DAVID L. PERRAULT declare:
4     1.  I am an attorney at law licensed to practice law before
5 all the courts of the State of California and am admitted to
6 practice in the United States District Court for the Northern
7 District of California.
8     2.  I am a member of the law firm of Hardy Erich Brown &
9 Wilson, a Professional Law Corporation, attorneys for William
10 Piché, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell,
11 M.D., and Kenneth Tan, M.D.
12     3.  I am one of the attorneys at this firm responsible for
13 handling this matter, and as such, have personal knowledge of the
14 following facts.  If called and sworn as a witness, I could and
15 would testify to the following:
16     4.  The above Substitution of Counsel and Order contains
17 multiple signatures. I declare that concurrence has been obtained
18 from each of the other signatories to file this jointly prepared
19 document with the court. Pursuant to General Order 45(X), I shall
20 maintain records to support this concurrence for subsequent
21 production to the Court, if so ordered, for inspection upon
22 request by a party until one year after final resolution of the
23 action (including appeal, if any).
24     I declare under penalty of perjury under the laws of the
25 State of California that the foregoing is true and correct, and if
26 called as a witness I could and would competently testify thereto.
27
28



1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012078.WPD     3

1    This declaration was executed on January 14, 2009, at
2 Sacramento, California.

/s/ David L. Perrault
DAVID L. PERRAULT