```
DAVID L. PERRAULT, #67109
JOHN Q. BROWN, III, #60681
JOHN P. RHODE, #132533                    *E-FILED 1/16/09*
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800 • Fax (916) 449-3888

Attorneys for Defendants William Piché,
Paul Beaupre, M.D., Arthur Douville, M.D.,
Mark McConnell, M.D., and Kenneth Tan, M.D.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | ) No. C-08-01098 RS |
| Plaintiff, | ) |
| v. | ) **SUBSTITUTION OF COUNSEL AND ORDER** |
| WILLIAM PICHE, et al. | ) [LOCAL RULE 11-5] |
| Defendants. | ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant ARTHUR DOUVILLE, M.D., hereby substitutes David L. Perrault of the law firm Hardy Erich Brown & Wilson, 1000 G Street, 2nd Floor, Sacramento, CA 95814, Tel: (916) 449-3800, Fax: (916) 449-3888, Email: dperrault@hebw.com as his attorney of record in the above-captioned action instead of Ross Campell, Beth McGowen and Samantha Reardon of Bingham McCutchen LLP.

David Perrault will act as co-counsel for out-of-state counsel David C. Hall and his associate attorneys at Hall Prangle & Schoonveld, LLC whose pro hac vice applications have previously been granted pursuant to Civil Local Rule 11-3.



HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012154.WPD          1

SUBSTITUTION OF COUNSEL AND ORDER

1   I consent to this substitution.

3   Dated: January 14, 2009   By:   /s/ Arthur Douville, M.D.
                                    ARTHUR DOUVILLE, M.D.

6   I consent to this substitution.

7   Dated: January 14, 2009   **BINGHAM McCUTCHEN, LLP**

9                                By:   /s/ Beth McGowen
                                       BETH McGOWEN

12   I consent to this substitution.

13   Dated: January 14, 2009

14                              **HARDY ERICH BROWN & WILSON**
                                A Professional Law Corporation

16                              By:   /s/ David L. Perrault
                                      DAVID L. PERRAULT

19   **IT IS SO ORDERED.**

21   Dated: __January 16_____, 2009

                                _____
23                              RICHARD SEEBORG,
                                UNITED STATES MAGISTRATE JUDGE

24   ///
25   ///
26   ///
27   ///
28   ///



HARDY ERICH BROWN & WILSON
A Professional Law Corporation

1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012154.WPD        2

SUBSTITUTION OF COUNSEL AND ORDER

**DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO. 45(X) RE: E-FILING WITH MULTIPLE SIGNATURES**

I, DAVID L. PERRAULT declare:

1. I am an attorney at law licensed to practice law before all the courts of the State of California and am admitted to practice in the United States District Court for the Northern District of California.

2. I am a member of the law firm of Hardy Erich Brown & Wilson, a Professional Law Corporation, attorneys for William Piché, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell, M.D., and Kenneth Tan, M.D.

3. I am one of the attorneys at this firm responsible for handling this matter, and as such, have personal knowledge of the following facts. If called and sworn as a witness, I could and would testify to the following:

4. The above Substitution of Counsel and Order contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the court. Pursuant to General Order 45(X), I shall maintain records to support this concurrence for subsequent production to the Court, if so ordered, for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and if called as a witness I could and would competently testify thereto.



1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012154.WPD          3

SUBSTITUTION OF COUNSEL AND ORDER

1  This declaration was executed on January 14, 2009, at
2 Sacramento, California.
3
4
        /s/ David L. Perrault
5        DAVID L. PERRAULT



G:\HOME\CLIENT\6876\00099\00012154.WPD            4

SUBSTITUTION OF COUNSEL AND ORDER