```
DAVID L. PERRAULT, #67109
JOHN Q. BROWN, III, #60681              *E-FILED 1/16/09*
JOHN P. RHODE, #132533
HARDY ERICH BROWN & WILSON
A Professional Law Corporation
1000 G Street, Second Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-4530
(916) 449-3800 • Fax (916) 449-3888

Attorneys for Defendants William Piché,
Paul Beaupre, M.D., Arthur Douville, M.D.,
Mark McConnell, M.D., and Kenneth Tan, M.D.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD B. FOX, M.D., | ) No. C-08-01098 RS |
| Plaintiff, | ) |
| v. | ) **SUBSTITUTION OF COUNSEL AND ORDER** |
| WILLIAM PICHE, et al. | ) [LOCAL RULE 11-5] |
| Defendants. | ) |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant KENNETH TAN, M.D., hereby substitutes David L. Perrault of the law firm Hardy Erich Brown & Wilson, 1000 G Street, 2nd Floor, Sacramento, CA 95814, Tel: (916) 449-3800, Fax: (916) 449-3888, Email: dperrault@hebw.com as his attorney of record in the above-captioned action instead of Ross Campell, Beth McGowen and Samantha Reardon of Bingham McCutchen LLP.

David Perrault will act as co-counsel for out-of-state counsel David C. Hall and his associate attorneys at Hall Prangle & Schoonveld, LLC whose pro hac vice applications have previously been granted pursuant to Civil Local Rule 11-3.



1    I consent to this substitution.

3    Dated: January 14, 2009    By:   /s/ Kenneth Tan, M.D.
                                      KENNETH TAN, M.D.

6    I consent to this substitution.

7    Dated: January 14, 2009    **BINGHAM McCUTCHEN, LLP**

9                                By:   /s/ Beth McGowen
                                       BETH McGOWEN

12   I consent to this substitution.

13   Dated: January 14, 2009

14                                     **HARDY ERICH BROWN & WILSON**
                                       A Professional Law Corporation

16                                By:  /s/ David L. Perrault
17                                     DAVID L. PERRAULT

19   **IT IS SO ORDERED.**

21   Dated: ____January 16_____, 2009

23                                     _____
                                       RICHARD SEEBORG,
                                       UNITED STATES MAGISTRATE JUDGE

24   ///
25   ///
26   ///
27   ///
28   ///



G:\HOME\CLIENT\6876\00099\00012155.WPD             2

SUBSTITUTION OF COUNSEL AND ORDER

1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

1  **DECLARATION OF DAVID L. PERRAULT PURSUANT TO GENERAL ORDER NO.**
2  **45(X) RE: E-FILING WITH MULTIPLE SIGNATURES**
3  I, DAVID L. PERRAULT declare:
4       1.   I am an attorney at law licensed to practice law before
5  all the courts of the State of California and am admitted to
6  practice in the United States District Court for the Northern
7  District of California.
8       2.   I am a member of the law firm of Hardy Erich Brown &
9  Wilson, a Professional Law Corporation, attorneys for William
10 Piché, Paul Beaupre, M.D., Arthur Douville, M.D., Mark McConnell,
11 M.D., and Kenneth Tan, M.D.
12      3.   I am one of the attorneys at this firm responsible for
13 handling this matter, and as such, have personal knowledge of the
14 following facts.  If called and sworn as a witness, I could and
15 would testify to the following:
16      4.   The above Substitution of Counsel and Order contains
17 multiple signatures. I declare that concurrence has been obtained
18 from each of the other signatories to file this jointly prepared
19 document with the court. Pursuant to General Order 45(X), I shall
20 maintain records to support this concurrence for subsequent
21 production to the Court, if so ordered, for inspection upon
22 request by a party until one year after final resolution of the
23 action (including appeal, if any).
24      I declare under penalty of perjury under the laws of the
25 State of California that the foregoing is true and correct, and if
26 called as a witness I could and would competently testify thereto.
27
28



1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012155.WPD            3

SUBSTITUTION OF COUNSEL AND ORDER

1     This declaration was executed on January 14, 2009, at
2  Sacramento, California.
3
4
                                    /s/ David L. Perrault
5                                   DAVID L. PERRAULT


1000 G Street 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

G:\HOME\CLIENT\6876\00099\00012155.WPD        4

SUBSTITUTION OF COUNSEL AND ORDER