**United States District Court**
For the Northern District of California

**\*E-FILED 1/28/09\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

RICHARD B. FOX, M.D.,                                    No. C 08-01098  RS

        Plaintiff,                              **ORDER SETTING FURTHER**
                                                        **CASE MANAGEMENT CONFERENCE**
v.

WILLIAM PICHÈ, et al.,

        Defendants.
_____/

     A further case management conference was held on January 28, 2009

     A further case management conference in this case shall be held on **May 13, 2009 at 11:00**

**a.m.** in Courtroom 4, 5th Floor, U.S. District Court, 280 South First Street, San Jose, California.

     No later than May 6, 2009, the parties shall file an updated Joint Case Management

Conference Statement.

     IT IS SO ORDERED.

Dated:  1/28/09

_____
RICHARD SEEBORG
United States Magistrate Judge